Christopher M. Humes Esq., Nevada Bar No. 12782
William D. Nobriga, Esq.. Nevada Bar No. 14931
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
Telephone: (702) 382-2101
Facsimile: (702) 382-8135
Email: chumes@bhfs.com
Email: wnobriga@bhfs.com

*Attorneys for Plaintiffs*

BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
702.382.2101

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

BOARD OF TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS HEALTH AND WELFARE TRUST; THE BOARD OF TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS JOINT PENSION TRUST; THE BOARD OF TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS SAVINGS TRUST; and THE BOARD OF TRUSTEES OF THE SOUTHERN NEVADA LABORERS LOCAL 872 TRAINING TRUST,

Plaintiffs,

v.

UNIVERSAL CONSULTING CORPORATION dba A-1 Concrete Cutting and Demolition, a Nevada corporation,

Defendant.

CASE NO.: 2:25-cv-02515-JCM-NJK

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41, Plaintiffs, the Board of Trustees of the Construction Industry and Laborers Health and Welfare Trust, the Board of Trustees of the Construction Industry and Laborers Joint Pension Trust, the Board of Trustees of the Construction Industry and Laborers Savings Trust, and the Board of Trustees of the Southern Nevada Laborers Local 872 Training Trust (collectively, the "Trust Funds"), by and through their counsel of record, the law firm of Brownstein Hyatt Farber Schreck, LLP; and Defendant Universal Consulting

Corporation dba A-1 Concrete Cutting and Demolition ("A-1 Concrete"), through its counsel of record, Kamer Zucker Abbott, hereby stipulate and agree that this matter shall be dismissed with prejudice, with each party to bear their own attorney's fees and costs.

KAMER ZUCKER ABBOTT

By: /s/ R. Todd Creer
R. Todd Creer
Nevada Bar No. 10016
6325 South Jones Boulevard, Suite 300
Las Vegas, Nevada 89118

*Attorneys for Defendant*

Dated: September 9, 2026

BROWNSTEIN HYATT FARBER SCHRECK, LLP

By: /s/ Christopher M. Humes
Christopher M. Humes, Esq.
Nevada Bar No. 12782
William D. Nobriga, Esq.
Nevada Bar No. 14931
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106-4614

*Attorneys for Plaintiffs*

Dated: September 9, 2026

**ORDER**

**IT IS SO ORDERED.**

**UNITED STATES DISTRICT JUDGE**

**DATED:** September 11, 2026

**Case No. 2:25-cv-02515-JCM-NJK**

BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
702.382.2101